UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORLANDO DE AZA, Individually And On Behalf Of All Other Employees Similarly Situated , <br><br> Plaintiff, <br><br> - against – <br><br> INWOOD BEER GARDEN & BISTRO INC. d/b/a INWOOD BAR AND GRILL, and MARIA T. FIGUEROA <br><br><br> Defendants, | Case No. 1:18-cv-01477 <br><br> **NOTICE OF APPEARANCE** |

To:   The clerk of court and all parties of record

PLEASE TAKE NOTICE, that the undersigned attorney, duly authorized to practice within the Southern District of New York, hereby enters his appearance as counsel for the Plaintiffs in the above captioned matter.

Dated:  Flushing, New York
         February 27, 2018

                         HANG & ASSOCIATES, PLLC.
                         ___/s/ *Jian Hang*_____
                         Jian Hang, Esq.
                         *Attorneys for the Plaintiffs*
                         136-20 38th Avenue, Suite 10G
                         Flushing, NY 11354
                         T: (718) 353-8588
                         F: (718) 353-6288
                         *jhang@hanglaw.com*